IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 2:01-331-DCN |
| | ) | |
| -v- | ) | |
| | ) | **O R D E R and O P I N I O N** |
| HARRY LEE DANTZLER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court pursuant to petitioner's motion for "Relief to Vacate Judgement Pursuant to Federal Rules of Civil Procedure 60(b)(6)" which was filed on July 18, 2005.

In his latest motion, Dantzler has raised no issue that has not previously been addressed by this court. Instead, he requests that this court re-review its prior rulings.

Dantzler has specifically requested relief under Fed.R.Civ.P.60(b)(6) from this court's prior judgment entered against him on his 28 U.S.C. § 2255 petition. A motion for relief from judgment based upon "any other reason justifying relief from the operation of the judgment" may not be granted absent extraordinary circumstances. *Valero Terrestrial Corp. v. Paige*, 211 F.3d 112, 118 (4th Cir. 2000), *Reid v. Angelone*, 369 F.3d 363 (4th Cir. 2004), *Compton v Alton Steamship Co.*, 608 F.2d 96, 102 (4th Cir. 1979). In this instance, petitioner has merely repeated his disagreement with this Court's rulings, thus has established neither a meritorious claim under 28 U.S.C. § 2255 nor grounds for

setting aside the judgment under Rule 60(b)(6).

THEREFORE, petitioner's Motion for Relief to Vacate Judgment Pursuant to Federal Rules of Civil Procedure 60(b)(6) is **DENIED**.

**AND IT IS SO ORDERED**.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

Charleston, SC

February 8, 2006